CR 00-26

UNITED STATES

Case No: 00-2192

v.

ANDERE D. TUCKER,
a/k/a Doc, a/k/a Dray
a/k/a Andre M. Tucker, a/k/a Andre Munderlyn
Appellant

## MOTION FOR LATE PAYMENT OF ATTORNEY FEES

The undersigned, Timothy A. Ciaffoni, former counsel for Andre D. Tucker, respectfully moves this Honorable Court to order that attorney fees generated and earned in the above captioned matter be paid.

In support of same, please see attached affidavit.

Respectfully submitted,

T. A. Ciaffoni

Timothy A. Ciaffoni, Esq.
BBO# 637329
166 Main Street
P.O. Box 483
Wareham, MA 02571

Your COPY
please review

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of this motion was sent to the office of the attorney for the United States at 50 Kennedy Plaza, 8th floor
Providence, RI 02903 on this 19th day of May 2006.

T. A. Ciaffoni

Timothy A. Ciaffoni, Esq.