UNITED STATES

Case No: 00-2192

v.

ANDERE D. TUCKER,
a/k/a Doc, a/k/a Dray
a/k/a Andre M. Tucker, a/k/a Andre Munderlyn
Appellant

## AFFIDAVIT OF APPELLANT'S COUNSEL IN SUPPORT OF MOTION FOR LATE PAYMENT

The undersigned, Timothy A. Ciaffoni, does hereby depose and state under oath:

1. On or about December 6, 2000, I was appointed as counsel for the above captioned appellant, Andre D. Tucker.

2. I did represent Mr. Tucker in support of his appeal including but not limited to research, investigation, and preparation of his appeal involving:

a.) Issue of whether the District Court in violation of Rule 11 erred during the plea colloquy by failing to adequately inform the appellant of the nature of the 18 U.S.C. sec. 924(c) charge.

b.) Issue of whether the District Court during the plea colloquy in violation of Rule 11(f) erred as to establishing an adequate factual basis to support the charge of using and carrying a firearm in connection with a drug trafficking crime.

c.) Whether the District Court during the plea colloquy in violation of Rule 11 erred by failing to adequately inform the appellant of the nature of Count 8 in the Information.

d.) Whether the District Court erred when imposing five-year terms of supervised release when the appellant is released.

e.) Whether the appellant was properly classified as a organizer leader.

f.) Whether there was ineffective assistance of counsel.

g.) Whether the appellant's request for a downward departure should have been granted.

3. I did represent the appellant up to and including May 26, 2002.

4. During the late spring of 2002, I was in the process of moving part of my office and the billing aspect of the instant file was inadvertently and mistakenly put in storage.

5. Upon recent inspection of the storage area the mistake was discovered.

6. There is no harm to the appellant or government.

Timothy A. Ciaffoni

May 19, 2006