UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

      v.           CR No. 00-26-T

ANDRE D. TUCKER,
a/k/a Doc, a/k/a Dray
a/k/a Andre M. Tucker,
a/k/a Andre Munderlyn

## ORDER DENYING MOTION FOR LATE PAYMENT OF ATTORNEY FEES

    Attorney Timothy A. Ciaffoni's motion for late payment of attorney fees is hereby denied without prejudice to his petitioning the Court of Appeals who hired him.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Chief Judge

Date: June 20, 2006