UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR No. 00-26-T

ANDRE D. TUCKER,
a/k/a Doc, a/k/a Dray
a/k/a Andre M. Tucker,
a/k/a Andre Munderlyn

**ORDER DENYING MOTION FOR LATE PAYMENT OF ATTORNEY FEES**

Attorney Timothy A. Ciaffoni's motion for late payment of attorney fees is hereby denied without prejudice to his petitioning the Court of Appeals who hired him.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: June 20, 2006