UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

---------------------------------X

UNITED STATES OF AMERICA :

Respondent, :

:

-against- :

:

:

ANDRE D. TUCKER
Petitioner

---------------------------------X

**MOTION TO MODIFY SENTENCE**

**UNDER TITLE 18 U.S.C. § 3582(c)(2)**

Case No. **00-CR-00026-001T**

**COMES NOW,** Andre D. Tucker (Petitioner) pro se, and in forma pauperis, moves this Honorable Court for MODIFICATION of his sentence under Title 18 U.S.C. § 3582(c)(2); as pursuant to the recent Amendment to the Crack Cocaine Sentencing Guidelines.

In support of this request, the petitioner respectfully presents the following:

**(1)** On May 9, 2000, petitioner entered a guilty plea pursuant to a written plea agreement to a 10-count information charging violations of 21 U.S.C. § 846, 21 U.S.C. § 841(a)(1); and 18 U.S.C. § 922(g)(1) as well as § 924(c).

**(2)** This Court found the originally applicable guideline range to be 210 to 262 months of imprisonment.

**(3)** Within that guidleine range, this Court imposed concurrent sentences of 230 months on Counts 1 through 8.

**(4)** The Court imposed a concurrent sentence of 120 months on

Count 9, Count 10, however was found to require a mandatory minimum sentence of five years, which raised the petitioner's total sentence to 290 months.

(5) Petitioner appealed, inter alia, the 924(c) Count of conviction, the government conceded to that aspect of the appeal, and petitioner was remanded for resentencing. The Probation Department prepared a new PSR which was identical to the original PSR and therefore not addressed here. While the new PSR did address a new two level enhancement under U.S.S.G. § 2D1.1(b)(1), that aspect of the case is not at issue here.

(6) upon resentencing, this Court sentenced petitioner to the same 290 month term of imprisonment. The issue in this motion is the portion of the sentence attributed to the crack cocaine guideline level applied to this petitioner, and the subsequent amendment making him eligible for modification of that part of the sentence imposed.

## AMENDMENT 706, 711

This motion specifically seeks relief in the form of a sentence reduction pirsuant to the recently amended guideline Drug Quantity Table in 2D1.1. See, Fed. Reg. 28, 558, 28, 571-73; U.S.S.G. App. C, Supp. Amend. 706; U.S.S.G. §2D1.1 (2007). Section 3582(c)(2) of Title 18, United States Code, provides that the court may not modify a term of imprisonment once it has been imposed except that-

> in the case of a defendant that has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o),...the court may reduce the term of imprisonment, after considering the factors set forth in section 3553(a) to the extent that they are applicable; if such reduction is consistent with applicable policy statements issues by the Sentencing Commission. 18 U.S.C. § 3582(c)(2).

**Guidelines Manual Policy Statement**

To impliment 28 U.S.C. § 994(u) and to provide guidance for a court when considering a motion under 18 U.S.C. § 3582(c)(2), the Commission promulgated §1B1.10. Subsection (a) of 1B!.10 specifies when an 18 USC § 3582(c)(2) reduction is availible. See, United States Sentencing Commission, Guidelines Manual, USSG § 1B1.10, comment (n.1).(Nov. 2006).

In the interest of brevity, the sentencing structure at issue here will be limited to the resentencing calcualtions only, i.e., the Court sentenced this petitioner to 290 months imprisonment on Counts 1 and 8, the cocaine base counts under 21 USC §§ 846 and 841(a)(1) and (b)(1)(B). On Counts 2,4,6, and 7, to 240 months, as to 21 USC §§ 841(a)(1) and (b)(1)(C), all sentences to run concurrently with one another. The gun charge (not at issue here) resulted in 120 months in prison (concurent as well). Significant to this petition, is that petitioner admitted to 78.13 grams of cocaine base, e.g., (b)(1)(B)(ii) $2,590 in cash, and (iii).

**ACCORDINGLY,** the "PSR" on pg. 8, Offense Level Computation, incorporating the November 1, 2001 guideline amendments to calculate this petitioner's sentencing range; found it to be at level 32, with the applied 2D1.1(b)(1) firearm enhancement adding another 2 levels plus 4 additional levels enhancement under §3B1.1(a) Adjustment for Role in the Offense, resulted in a level 38 for the total sentence of 290 months imprisonment. This total resulted from a 3 point reduction for acceptance of responsability bu this defendant/petitioner for a total offense level of 35 and a criminal history category **V,** zone D, the PSR recomended range was 262 to 327 months. Applying the amended 2D1.1 **BOL,** would now render a new sentencing range of from 210 to 262 months imprisonment. Petitioner most respectfully requests that this Honorable Court, after considering the applicable range of factors to be considered in such as case as this; that the Court sentence him to the bottom applicable range of 210 months.

## TITLE 18 U.S.C. § 3553(a) FACTORS

This petitioner realizes, after reading the many legal publications that have reported on the crack cocaine amendment since its release to the public; that a federal district court judge will have to decide in each individual case whether the offender is eligible for a lighter sentence and, if so, how much the sentence should be reduced. Although a broad range of factors will

play a role in that determination, an application note to the revised guideline emphasises that courts must pay particular attention to whether a prisoner's early release would pose a danger to any particular individual/s or the community; and how the prisoner has behaved since being sentenced.

## Consistence With Applicable Policy Statements

Section 3582(c)(2) permits the court to reduce a defendant's sentence after considering the § 3553(a) factors "if such reduction is consistent with applicable policy statements issued by the Sentencing Commission." 18 U.S.C. § 3582(c)(2), U.S.S.G. § 1B1.10 et seq.

Here, the petitioner has utilized his incarceration time in a purely positive manner. He has successully completed and received his High School Equivalency Deploma. See Consolidated Exhibits attached. (2) he has successfully completed the DRUG ABUSE EDUCATION PROGRAM; (3) he has completed PARENTING classes and is currently on the waiting list for the NEW YORK CDL DRIVERS LICENSE class for Combination Vehicles Test. Petitioner also presents that he has always maintained excelent disciplinary reports, and presents a DEPARTMENT OF JUSTICE, PROGRESS Report, demonstrating his work and disciplinary activity at his prior institutions as well for this Court's review. This record, it is respectfuly avered, is consistent with the applicable policy statement, and demonstrates

a choice of pursuits necessary to successfully intigrate back into Society, with the sole intention to work in a legal capacity earning a living to support his family. A modified sentence even at 210 months imprisonment is more than sufficient to reach the means to the §3553(a) factors of promoting respect for the law, and to deter further criminal activity. Also, importantly, this case has no victims or victim impact.

Petitioner understands that he is not entitled to a sentence reduction by law, but prays this Court excercise its discretion and allow him the opportunity to return to his family sooner, by redirecting him to serve out the remainder of the applicable 210 month sentence now available to him in light of the new amendmen,. and any further relief this Court deem to be just and proper.

RESPECTFULLY SUBMITTED,

Andre Tucker

ANDRE TUCKER # 04816-070
FCI RAY BROOK, BOX 9006
RAY BROOK, NEW YORK 12977
SWORN: 28 U.S.C. § 1746

# CONSOLIDATED EXHIBITS

University of the State of New York
THE STATE EDUCATION DEPARTMENT
High School Equivalency Programs & GED Testing
P.O.Box 7348
Albany, New York 12224-0348

## NEW YORK STATE HIGH SCHOOL EQUIVALENCY DIPLOMA TRANSCRIPT

You have earned satisfactory scores * on the GED Tests and have been awarded a New York State High School Equivalency diploma.

| | Test Scores |
|---|---|
| Language Arts - Writing | 490 |
| Social Studies | 490 |
| Science | 450 |
| Language Arts - Reading | 460 |
| Mathematics | 430 |
| **Total** | **2320** |

| | |
|---|---|
| Test Center Number | **1002** |
| Test Date | **11/14/2006** |
| GED ID Number | **235095** |
| Provided ID Number | **088625707** |
| Date of Birth | [redacted] |
| Diploma Number | **C01588558** |
| Date Issued | **01/29/2007** |

* 410 minimum score for each subject and 2250 minimum total score required

***Andre D Tucker***
***Po Box 300***
***Ray Brook NY 12977***

This transcript is produced for: **Andre D Tucker**
Amount received: **$10.00**

493840JBOL

HSE 661 (3/02)

COPY

The University of the State of New York
Education Department

Be it known that

**Andre D Tucker**

*having satisfactorily completed the requirements prescribed by the Commissioner of Education is thereby entitled to this*

# High School Equivalency Diploma

In Witness Whereof *the Regents issue this diploma under seal of the University at Albany in*

**January 2007**

*President of the University and Commissioner of Education*

C01588558

# CERTIFICATE
## of
## COMPLETION

LET IT BE KNOWN THAT

## ANDRE TUCKER

HAS SUCCESSFULLY COMPLETED THE DRUG ABUSE EDUCATION PROGRAM
AT THE FEDERAL CORRECTIONAL INSTITUTION, RAY BROOK, NEW YORK

AUGUST 15, 2006

for
ANN GILBERTSON, PH.D., DAP COORDINATOR

GLENN MARY COLBY, DRUG TREATMENT SPECIALIST

U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

| Institution Name, Address, & Telephone No. | Date |
|---|---|
| FCI, Fort Dix, New Jersey<br>P. O. Box 38, Fort Dix, NJ 08640 (609)723-1100 | 08-02-2004 |

**Inmate Reviewed**

| Inmate's Signature | Date | Staff Signature |
|---|---|---|
| | 08-02-2004 | |

1. Type of Progress Report

☐ Initial ☐ Statutory Interim ☐ Pre-Release
☐ Transfer X Triennial ☐ Other

| 2. Inmate's Name | 3. Register Number | 4. Age (DOB) |
|---|---|---|
| TUCKER, ANDRE D. | 04816-070 | 33 [redacted] |

5. Present Security/Custody Level

LOW/IN

6. Offense/Violator Offense

CONSPIRACY TO DISTRIBUTE COCAINE BASE AND COCAINE; DISTRIBUTION OF COCAINE BASE/ HYDROCHLORIDE; POSSESSION OF COCAINE BASE WITH INTENT TO DISTRIBUTE; POSSESSION OF A FIREARM BY A CONVICTED FELON; POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME

7. Sentence

3559 PLRA Sentence: 290 months of Imprisonment; 5 years supervised release; $100.00 Felony Assessment Fee; $14,231.20 Fines

| 8. Sentence Began | 9. Months Served + Jail Credit | 10. Days GCT/or EGT/SGT |
|---|---|---|
| 09-15-2000 | 47 + 228 days JCT | 41 days GCT EARNED<br>984 days GCT PROJECTED |
| **11. Days FSGT/WSGT/DGCT** | **12. Projected Release** | **13. Last USPC Action** |
| 0 FSGT/0 WSGT/175 DGCT | 07-21-2021 via GCT | N/A |

14. Detainers/Pending Charges

NONE NOTED AT THIS TIME

15. Co-defendants

Refer to PSI

Committed Name: TUCKER, ANDRE D. Reg. No. 04816-070 Date: 08-02-2004

16. Institutional Adjustment:

A. Program Plan: Mr. Tucker was initially designated to FCI Schuylkill on December 14, 2000. At his initial classification and subsequent program reviews the Unit Team recommended that he enroll in the GED program, participate in correctional counseling programs, complete the 40 hour Drug Education Program, maintain clear conduct, participate in recreational activities, make timely payments to the Inmate Financial Responsibility Program, and save funds for release. His conduct with staff members and other inmates has been appropriate.

B. Work Assignments: Mr. Tucker has been assigned to numerous work details during his incarceration. At FCI Schuylkill, Pennsylvania, he was assigned to Compound and Education Orderly. He received satisfactory work performance evaluations. At FCI McKean, Pennsylvania he was assigned to Recreation and Unit Orderly. He received good work performance evaluations. Upon his arrival at FCI Fort Dix, New Jersey he was assigned to Food Service. He was responsible for sanitation in the dining hall. He received good work reports and was considered a reliable worker. In January 2004 he was reassigned to Maintenance Mechanic. He received satisfactory work performance evaluations. Recently, in June 2004 he was reassigned to the Electric Shop.

C. Educational/Vocational Participation: The following is a copy of Mr. Tucker's Education Transcript.

EDUCATION INFORMATION

| FACL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| FTD | ESL HAS | ENGLISH PROFICIENT | 12-01-2000 0854 | CURRENT |
| FTD | GED EN | ENROLL GED NON-PROMOTABLE | 12-01-2000 0854 | CURRENT |
| FTD | GED SAT | GED PROGRESS SATISFACTORY | 10-11-2002 0001 | CURRENT |

EDUCATION COURSES

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| FTD GP | GED E ADV RM239 M-F 0900-1030 | 10-11-2002 | CURRENT | | | | |
| MCK | GED M-F,1230-1400, CLASSROOM 1 | 12-10-2001 | 08-02-2002 | P | W | I | 226 |
| SCH | PRE GED | 03-05-2001 | 10-23-2001 | P | W | I | 173 |
| SCH | PARENTING TWO | 06-07-2001 | 08-16-2001 | P | C | P | 22 |
| SCH | NAT'L GEOGRAPHICS VIDEO 2 SER | 05-02-2001 | 06-02-2001 | P | C | P | 10 |
| SCH | FCI PAR 1A - PARENTING ONE | 03-20-2001 | 05-22-2001 | P | C | P | 20 |
| SCH | COMMERCIAL DRIVER'S LICENSE | 03-12-2001 | 05-12-2001 | P | C | P | 14 |
| SCH | ACE NATL GEOGRAPHIC VID CLASS | 03-07-2001 | 03-28-2001 | P | C | P | 8 |
| SCH | GED TUE/THUR 7:30-10:30 AM | 02-06-2001 | 03-05-2001 | C | W | I | 0 |
| SCH | ACE CLASSIC VIDEOS CLASS | 01-10-2001 | 01-31-2001 | P | C | P | 8 |

D. Counseling Programs: Mr. Tucker is required to participate in substance abuse treatment. He is currently on the waiting list for the 40 hour Drug Education Program. He has not participated in any correctional counseling programs. HE receives informal counseling from the Unit Team on an as needed basis.

PROGRESS REPORT - CONTINUED

Committed Name: TUCKER, ANDRE D. Reg. No. 04816-070 Date: 08-02-2004

E. Incident Reports: Mr. Tucker has maintained clear conduct.

| DATE | INCIDENT | SANCTION |
|---|---|---|
| 10-27-03 | 219 Stealing | DHO 27 days DGCT; 45 days DS; 60 days FF NVGCT |
| 06-25-03 | 219 Stealing | DHO 27 days DGCT; 30 days DS; 60 days FF NVGCT |
| 09-11-01 | 306 Refusing Work/ PGM Assignment | DHO 15 days DS |
| 07-18-01 | 307 Refusing to Obey an Order | DHO 1 day DGCT; 15 days suspended 180 days clear conduct; 90 days commissary restriction |
| 02-28-01 | 310 Being Absent From Assignment | UDC 30 days commissary restriction |

F. Institutional Movement: Mr. Tucker was initially designated to FCI Schuylkill, Pennsylvania on October 5, 2000 and arrived on November 20, 2000 for service of his sentence. He received a transfer to FCI McKean, Pennsylvania on October 10, 2001 to increase the population. In July 2002, he received a lesser security transfer to FCI Fort Dix, New Jersey. There has been no further movement since that date.

G. Physical and Mental Health: Mr. Tucker is regular duty work status with no medical restrictions. According to the Psychology Services Intake Screening Summary he denies a history of mental or emotional health problems.

H. Progress on Financial Responsibility Plan: At the time of sentencing, Mr. Tucker incurred a $1000.00 court ordered felony assessment and $14,231.20 in fines. He currently has a balance of $750.00 on the assessment and the fine in full. The Cost of Incarceration Fee is not applicable in this case.

17. Release Planning: Due to his release date of July 21, 2021, no formal release plans have been made. His case will be reviewed for CCC placement 11-13 months from his release date.

a. Residence:

b. Employment: To be secured

c. USPO: Barry J. Weiner, CUSPO
District of Rhode Island
United States District Court
Third Floor
36 Exchange Terrace
Providence, RI 02903-1743

d. Institutional Pre-release: Mr. Tucker will be referred for the Institution Release Preparation Program 30 months prior to is release date.

PROGRESS REPORT - CONTINUED

Committed Name: TUCKER, ANDRE D. Reg. No. 04816-070 Date: 08-02-2004

18. Prepared by: Caryn Flowers, Case Manager

19. Date Typed: 08-02-2004

20. Reviewed By: A.J. Lewis, Unit Manager

**CERTIFICATE OF FILING/SERVICE**

I, ANDRE TUCKER, DO HEREBY CERTIFY THAT I CAUSED TO BE MAILED BY PRE-PAID U.S. POSTAGE(CERT/REG.MAIL) TRUE AND CORRECT COPIES OF MY PRO SE MOTION FOR MODIFICATION OF SENTENCE, BY PLACING SAID MOTION IN THE HANDS OF THE AUTHORIZED CORRECTIONS OFFICIAL HERE AT FCI RAY BROOK, FOR MAILING TO THE INTERESTED PARTIES AS THEY ARE ADDRESSED BELOW AND ON THE DATE AFFIXED.

Andre Tucker
ANDRE TUCKER
SWORN: 28 U.S.C. § 1746

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND
TWO EXCHANGE TERRACE
PROVIDENCE, RI 02903

OFFICE OF THE U.S. ATTORNEY
(AUSA)
4: FLEET CENTER
50 KENNEDY PLAZA
PROVIDENCE, RI 02903

1/16/08

7007 1490 0005 0340 1944