UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. No: 00-26-01T |
| | ) | |
| ANDRE D. TUCKER | ) | |

**SECOND MOTION FOR ENLARGEMENT OF TIME**

Now comes the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Gerard B. Sullivan, Assistant United States Attorney and hereby moves that the time for filing a response to Petitioner, Andre D. Tucker, Motion to Modify Sentence Under Title 18 U.S.C. § 3582(c)(2), be enlarged up to and including April 7, 2008.

This motion prematurely raises novel issues based on a recent retroactive revision of the sentencing guidelines governing cases involving crack cocaine. The United States expects to be inundated with such motions and is crafting a uniform approach and response. The Government has also been conferring with the Probation Office and expects to confer with the Federal Defender's Office regarding these matters. The defendant is serving a sentence of 290 months and will not be prejudiced by a brief delay. He is presently scheduled to be released on August 13, 2021.

The United States' therefore requests a thirty (30) day enlargement up to and including April 7, 2008.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ GERARD B. SULLIVAN
GERARD B. SULLIVAN
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza
Providence, RI 02903
Tel: (401)709-5000
Fax: (401)709-5001
Gerard.sullivan@usdoj.gov

**CERTIFICATION**

I hereby certify that on the 10th day of March, 2008 I caused a copy of the foregoing Second Motion for Extension of Time to be electronically filed with the Court and is available for downloading and viewing, and also forwarded, by postage prepaid mail, to:

**Andre D. Tucker**
#04816-070
FCI-Ray Brook, Box 9006
Ray Brook, NY 12977
PRO SE

/s/ GERARD B. SULLIVAN
GERARD B. SULLIVAN
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza
Providence, RI 02903
Tel: (401)709-5000
Fax: (401)709-5001
Gerard.sullivan@usdoj.gov