# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| **ANDRE D. TUCKER** | ) Case No: **1:00CR00026-01T** |
| a/k/a "Doc", a/k/a "Dray", a/k/a Andree M. Tucker a/k/a Andre Munderlyn | ) USM No: **04816-070** |
| Date of Previous Judgment: **12/12/2002** | ) **pro se** |
| | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ✔ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
    DENIED.    ✔ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **290** months **is reduced to 262** months.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | **35** | Amended Offense Level: | **33** | |
| Criminal History Category: | **V** | Criminal History Category: | **V** | |
| Previous Guideline Range: | **262** to **327** months | Amended Guideline Range: | **210** to **262** months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
✔ The reduced sentence is within the amended guideline range.
    The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
    Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the amended judgment dated **12/12/02** shall remain in effect.

**IT IS SO ORDERED.**

Order Date: _March 10, 2009_          _Ernest C. Jones_
                                                    Judge's Signature

Effective Date: _____         **Ernest C. Torres, Senior US District Court Judge**
     (If different from order date)                                Printed Name and Title